# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

BRYANT LEON HOLLAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-622

———————————————

January 12, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.